AUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RASHETA BUNTING, individually and as the representative of a class of similarly situated persons,

            Plaintiff,

v.

IDEAL IMAGE GROUP INC.

            Defendant.

---------------------------------------------------------------x

No. 21-cv-04622-MKB-RER

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff RASHETA BUNTING, individually and as the representative of a class of similarly situated persons, and defendant IDEAL IMAGE GROUP INC., by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear her/its own costs and fees. The parties request that the Clerk of Court now close this case.

Dated: Scarsdale, New York
       October 29, 2021

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court
Suite 415
Scarsdale, NY 10583
917-373-9128
shakedlawgroup@gmail.com

*Attorneys for Plaintiff*
*RASHETA BUNTING, individually and as the representative of a class of similarly situated persons*

Dated: New York, New York
       October 29, 2021

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

By: _____
William F. Cusack
500 Lexington Avenue, 17th Floor
New York, New York 10022
212.492.2500
william.cusack@ogletree.com

*Attorneys for Defendant*
*Ideal Image Group Inc.*

49103558.1

11